# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| United States of America, Michael J. Fisher, | § | |
|---|---|---|
| Brian Bullock, Michael Fisher | § | CIVIL NO: |
| | § | AU:15-MC-00248-SS |
| vs. | § | |
| | § | |
| Ocwen Loan Servicing, LLC, Michael J. | | |
| Fisher, Brian Bullock, StoneTurn Group LLP | | |

## ORDER SETTING MOTION TO QUASH

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION TO QUASH** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, April 16, 2015 at 09:00 AM**.

IT IS SO ORDERED this 2nd day of April, 2015.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE