UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America, Michael J. Fisher, Brian Bullock, Michael Fisher | § § § § § § | CIVIL NO: AU:15-MC-00248-SS |
| vs. | | |
| Ocwen Loan Servicing, LLC, Michael J. Fisher, Brian Bullock, StoneTurn Group LLP | | |

## ORDER CANCELLING SETTING

IT IS HEREBY ORDERED that the hearing for **MOTION TO QUASH** on **Thursday, April 16, 2015 at 09:00 AM is hereby CANCELLED.**

IT IS SO ORDERED this 2nd day of April, 2015.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE